[No. 26481. *En Banc.* January 6, 1938.]

CARL BUSS, *Appellant*, KENNETH E. MARTIN *et al.*, *Plaintiffs*, v.
R. WACHSMITH *et al.*, *Respondents and Cross-appellants.*[1]

*Harry L. Olson, Snively & Bounds*, and *John Gavin*, for
appellant.

*Cheney & Hutcheson, Eugene D. Ivy*, and *Walter J. Robinson,
Jr.*, for respondents and cross-appellants R. Wachsmith *et al.*

*D. V. Morthland, Cheney & Hutcheson*, and *Walter J. Robinson,
Jr.*, for respondent and cross-appellant Richard Wachsmith, Jr.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the
court adheres to the Departmental opinion heretofore filed herein,
and reported in 190 Wash. 673, 70 P. (2d) 417.

[1]Reported in 74 P. (2d) 999.